| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Demex Engineering, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-3401358** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 Thomas Mellon Circle, Suite 244**<br>**San Francisco, CA**<br>ZIP Code **94134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Equipment and Building Materials**<br>**240 Shaw Road**<br>**South San Francisco, CA 94080** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Demex Engineering, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Demex Engineering, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Alan E. Ramos**
Signature of Attorney for Debtor(s)

**Alan E. Ramos 214533**
Printed Name of Attorney for Debtor(s)

**Nevin, Ramos & Steele**
Firm Name

**700 Ygnacio Valley Road, Suite 220**
**Walnut Creek, CA 94596**

_____
Address

            **Email: aramos@LawNRS.com**
**925-280-1703  Fax: 925-935-1642**
Telephone Number

**October  3, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Uwe Guehnemann**
Signature of Authorized Individual

**Uwe Guehnemann**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  3, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re **Demex Engineering, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br>*Name of creditor and complete mailing address including zip code* | (2) <br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America Business Card P.O. Box 15710 DE 19866-5710 | Bank of America Business Card P.O. Box 15710 DE 19866-5710 | Line of Credit | | 19,693.28 |
| Bode Gravel Co. P.O. Box 880130 San Francisco, CA 94188 | Bode Gravel Co. P.O. Box 880130 San Francisco, CA 94188 | Construction materials | | 106,582.01 |
| Broadhead Steel Products co. 143 S. Linden Ave. South San Francisco, CA 94080 | Broadhead Steel Products co. 143 S. Linden Ave. South San Francisco, CA 94080 | Construction materials | | 29,610.55 |
| Central Concrete Supply Co., Inc. 755 Stockton Ave. San Jose, CA 95126 | Central Concrete Supply Co., Inc. 755 Stockton Ave. San Jose, CA 95126 | Construction materials | | 21,404.50 |
| Construction Drilling Equipment P.O. Box 1886 Byron, CA 94514 | Construction Drilling Equipment P.O. Box 1886 Byron, CA 94514 | Construction rental, repair and parts. | | 47,419.88 |
| Costello Trucking 2290 46th Ave. San Francisco, CA 94116 | Costello Trucking 2290 46th Ave. San Francisco, CA 94116 | Hauling | | 18,005.00 |
| Employment Development Department State of California Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | Employment Development Department State of California Bankruptcy Unit - MIC 92E Sacramento, CA 94280-0001 | Priority Taxes | | 61,751.59 |
| GE Capital Solutions/TFS 516 Virginia Drive Fort Washington, PA 19034 | GE Capital Solutions/TFS 516 Virginia Drive Fort Washington, PA 19034 | Terex - 300 Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. - Claim Amount Estimated | | 188,000.00 <br><br> (135,000.00 secured) |

In re    **Demex Engineering, Inc.** _____    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| GE Capital Solutions/TFS<br>516 Virginia Drive<br>Fort Washington, PA 19034 | GE Capital Solutions/TFS<br>516 Virginia Drive<br>Fort Washington, PA 19034 | Terex #225 Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. Claim amount estimated | | 154,000.00<br><br>(135,000.00 secured) |
| Internal Revenue Service<br>Insolvency Service Unit<br>1301 Clay St.<br>Stop 1400 S<br>Oakland, CA 94612 | Internal Revenue Service<br>Insolvency Service Unit<br>1301 Clay St.<br>Oakland, CA 94612 | Priority Taxes | | 226,437.58 |
| Kehoe Trucking<br>1459 18th St., #179<br>San Francisco, CA 94107 | Kehoe Trucking<br>1459 18th St., #179<br>San Francisco, CA 94107 | Work performed | Unliquidated Disputed | 445,618.00 |
| Laborers Trust Fund of Northern Calif.<br>P.O. Box 882913<br>San Francisco, CA 94188-2913 | Laborers Trust Fund of Northern Calif.<br>P.O. Box 882913<br>San Francisco, CA 94188-2913 | | | 210,276.89 |
| McNamara Transport, Inc.<br>101-A Hickey Blvd., Suite 329<br>South San Francisco, CA 94080 | McNamara Transport, Inc.<br>101-A Hickey Blvd., Suite 329<br>South San Francisco, CA 94080 | Transportation Services | | 138,354.50 |
| Operating Engineers Trust Fund<br>1640 South Loop Road<br>Alameda, CA 94502 | Operating Engineers Trust Fund<br>1640 South Loop Road<br>Alameda, CA 94502 | | Unliquidated Disputed | 43,945.60 |
| PDM Steel Service Centers<br>P.O. Box 329<br>Santa Clara, CA 95052 | PDM Steel Service Centers<br>P.O. Box 329<br>Santa Clara, CA 95052 | Construction materials | | 53,670.83 |
| Rogers Trucks & Equipment, Inc.<br>P.O. Box 280270<br>San Francisco, CA 94128-0270 | Rogers Trucks & Equipment, Inc.<br>P.O. Box 280270<br>San Francisco, CA 94128-0270 | Construction services | Unliquidated Disputed | 48,234.42 |
| Sierra Point Lumber<br>601 Tunnel Ave.<br>Brisbane, CA 94005 | Sierra Point Lumber<br>601 Tunnel Ave.<br>Brisbane, CA 94005 | Construction materials | | 38,500.89 |
| South City Lumber<br>499 Railroad<br>South San Francisco, CA 94080 | South City Lumber<br>499 Railroad<br>South San Francisco, CA 94080 | Construction materials | | 45,984.45 |
| Sunbridge Capital, Inc.<br>NW8178, P.O. Box 1450<br>Minneapolis, MN 55485 | Sunbridge Capital, Inc.<br>NW8178, P.O. Box 1450<br>Minneapolis, MN 55485 | 2006 Bobcat S-130 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | 40,457.17<br><br>(22,500.00 secured) |

In re   **Demex Engineering, Inc.** _____      Case No.    _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Wells Fargo**<br>**Business Direct Division**<br>**MAC U1851-014**<br>**P.O. Box 7666**<br>**Boise, ID 83707-1666** | **Wells Fargo**<br>**Business Direct Division**<br>**MAC U1851-014**<br>**Boise, ID 83707-1666** | **Line of credit** | | **47,424.81** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October  3, 2008**_____        Signature     **/s/ Uwe Guehnemann**_____

                                                  **Uwe Guehnemann**

                                                  **President**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Demex Engineering, Inc.**                             Case No. _____

                                              Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 1,990,481.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 709,645.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 546,981.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,235,096.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 1,990,481.16 | | |
| Total Liabilities | | | | 2,491,723.84 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Demex Engineering, Inc.** _____ ,

                                                 Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Demex Engineering, Inc.**             Case No. _____

                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

                                          (Report also on Summary of Schedules)

Copyright © 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Demex Engineering, Inc.**                         ,        Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account - First National Bank, 975 El Camino Real, So. San Francisco, CA 94080** | - | 19,385.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                              Sub-Total >        **19,385.57**
                                            (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **Demex Engineering, Inc.**                            ,    Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable - 5 Thomas Mellon Cr., Suite 244 San Francisco CA 94134 | - | 969,081.01 |
| | | Retention for Open Jobs - 5 Thomas Mellon Cr., Suite 244 San Francisco CA 94134 | - | 129,501.57 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Loan Receivable - from Demex Builders, Inc. - 5 Thomas Mellon Cr., Suite 244 San Francisco CA 94134 | - | 131,364.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                 Sub-Total >       **1,229,946.58**
                                  (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re   **Demex Engineering, Inc.**                           ,      Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford F150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 9,755.00 |
| | | **2004 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 16,745.00 |
| | | **2007 Ford F-150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 11,725.00 |
| | | **1006 Ford LCF - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 24,650.00 |
| | | **2004 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 10,485.00 |
| | | **2004 Ford F-150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 11,710.00 |
| | | **2006 Ford F-250 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 8,445.00 |
| | | **2006 Ford Explorer - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 14,440.00 |
| | | **2006 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** | - | 11,430.00 |

                                 Sub-Total >      **119,385.00**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Demex Engineering, Inc.**
_____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 15,210.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscelleaneous Office Equipment - 5 Thomas Mellon Cr., Suite 244 San Francisco CA 94134 | - | 21,782.06 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1993 Meade CC505 Forklift - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 22,000.00 |
| | | Garner Denver 450 DFM Compressor - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 3,500.00 |
| | | K R 806 D. Drilling Rig - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 155,000.00 |
| | | Bobcat Excavator - S/N 2343-18747 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 37,000.00 |
| | | McMillen Drill Motor - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 1,193.50 |
| | | 2006 Komatsu Forklift - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 11,366.25 |
| | | I-R Compressor - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 8,680.00 |
| | | 2004 John Deere 80C Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 45,000.00 |
| | | Takeuchi Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 12,000.00 |
| | | 2006 Bobcat S-130 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 22,500.00 |
| | | 2001 Portable Drill Rig - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 45,000.00 |
| | | Miscellaneous equipment - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 82,532.20 |
| | | Terex - 300 Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | - | 135,000.00 |

Sub-Total >    617,764.01
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Demex Engineering, Inc.** ,      Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Leroy Air Compressor - Demex Yard - 214 Shaw Road, So San Francisco, CA 94080** | - | **4,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,000.00** |
| (Total of this page) | |
| Total > | **1,990,481.16** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

In re **Demex Engineering, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxx2357**<br><br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | - | | | **Purchase Money Security**<br><br>**2007 Ford F150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**<br><br>Value $            **9,755.00** | | | | 19,259.80 | 9,504.80 |
| Account No. **xxxx2515**<br><br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | - | | | **Purchase Money Security**<br><br>**2004 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**<br><br>Value $          **16,745.00** | | | | 23,003.70 | 6,258.70 |
| Account No. **xxxx7846**<br><br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | - | | | **Purchase Money Security**<br><br>**2007 Ford F-150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**<br><br>Value $          **11,725.00** | | | | 29,351.15 | 17,626.15 |
| Account No. **xxxx4955**<br><br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | - | | | **Purchase Money Security**<br><br>**1006 Ford LCF - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**<br><br>Value $          **24,650.00** | | | | 25,695.13 | 1,045.13 |

____**3**____ continuation sheets attached

Subtotal
(Total of this page)

| 97,309.78 | 34,434.78 |
|---|---|

Case: 08-31873   Doc# 1   Filed: 10/03/08   Entered: 10/03/08 14:14:33   Page 15 of 56
Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re **Demex Engineering, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9656** | | | Purchase Money Security | | | | | |
| Ford Credit P.O. Box 7172 Pasadena, CA 91109-7172 | - | | 2004 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | | | | |
| | | | Value $            10,485.00 | | | | 5,543.84 | 0.00 |
| Account No. **xxxx5991** | | | Purchase Money Security | | | | | |
| Ford Credit P.O. Box 7172 Pasadena, CA 91109-7172 | - | | 2004 Ford F-150 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | | | | |
| | | | Value $            11,710.00 | | | | 5,150.61 | 0.00 |
| Account No. **xxxx5725** | | | Purchase Money Security | | | | | |
| Ford Credit P.O. Box 7172 Pasadena, CA 91109-7172 | - | | 2006 Ford F-250 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | | | | |
| | | | Value $            8,445.00 | | | | 18,506.86 | 10,061.86 |
| Account No. **xxxx7638** | | | Purchase Money Security | | | | | |
| Ford Credit P.O. Box 7172 Pasadena, CA 91109-7172 | - | | 2006 Ford Explorer - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | | | | |
| | | | Value $            14,440.00 | | | | 17,048.93 | 2,608.93 |
| Account No. **xxxxxxxxx2507** | | | Purchase Money Security | | | | | |
| Ford Credit P.O. Box 7172 Pasadena, CA 91109-7172 | - | | 2006 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080. | | | | | |
| | | | Value $            11,430.00 | | | | 13,055.09 | 1,625.09 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 59,305.33 | 14,295.88

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **Demex Engineering, Inc.**                                   ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5038** <br><br> **Ford Credit** <br> **P.O. Box 7172** <br> **Pasadena, CA 91109-7172** | - | | Purchase Money Security <br><br> **2005 Ford F-350 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** <br><br> Value $              **15,210.00** | | | | **15,354.61** | **144.61** |
| Account No. **xxxxxx0-002** <br><br> **GE Capital Solutions/TFS** <br> **516 Virginia Drive** <br> **Fort Washington, PA 19034** | | | Purchase Money Security <br><br> **Terex #225 Excavator - Demex yard - 214 Shaw Road, So. San Francisco,  94080. Claim amount estimated** <br><br> Value $            **135,000.00** | | | | **154,000.00** | **19,000.00** |
| Account No. **xxxxxx0-002** <br><br> **GE Capital Solutions/TFS** <br> **516 Virginia Drive** <br> **Fort Washington, PA 19034** | | | Purchase Money Security <br><br> **Terex - 300 Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080. - Claim Amount Estimated** <br><br> Value $            **135,000.00** | | | | **188,000.00** | **53,000.00** |
| Account No. **xxx-xxxxxxx0-000** <br><br> **Ingersoll-Rand Financial Services** <br> **P.O. Box 6299** <br> **Carol Stream, IL 60197** | - | | Purchase Money Security <br><br> **Bobcat Excavator - S/N 2343-18747 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** <br><br> Value $              **37,000.00** | | | | **23,258.84** | **0.00** |
| Account No. **x8609** <br><br> **Pentech Financial Services, Inc.** <br> **P.O. Box 712492** <br> **Cincinnati, OH 45271** | - | | Purchase Money Security <br><br> **2001 Portable Drill Rig - Demex yard - 214 Shaw Road, So. San Francisco, 94080.** <br><br> Value $              **45,000.00** | | | | **13,696.06** | **0.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **394,309.51** | **72,144.61** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re  **Demex Engineering, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx5-000**  **Puget Sound Leasing A Div. of First Sound Bank P.O. Box 1295 Issaquah, WA 98027** | - | | **Purchase Money Security**  **K R 806 D. Drilling Rig - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**  Value $               155,000.00 | | | | 62,384.45 | 0.00 |
| Account No. **xxxxxx0-900**  **Sunbridge Capital, Inc. NW8178, P.O. Box 1450 Minneapolis, MN 55485** | | | **Purchase Money Security**  **2004 John Deere 80C Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**  Value $                45,000.00 | | | | 40,834.58 | 0.00 |
| Account No. **xxxxxx4-900**  **Sunbridge Capital, Inc. NW8178, P.O. Box 1450 Minneapolis, MN 55485** | - | | **Purchase Money Security**  **Takeuchi Excavator - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**  Value $                12,000.00 | | | | 15,045.08 | 3,045.08 |
| Account No. **xxx-xxxxxx2-400**  **Sunbridge Capital, Inc. NW8178, P.O. Box 1450 Minneapolis, MN 55485** | - | | **2006 Bobcat S-130 - Demex yard - 214 Shaw Road, So. San Francisco, 94080.**  Value $                22,500.00 | | | | 40,457.17 | 17,957.17 |
| Account No.  | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 158,721.28 | 21,002.25 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 709,645.90 | 141,877.52 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Demex Engineering, Inc.**                                                        ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **Demex Engineering, Inc.** _____ ,    Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx07-00** <br><br> **Laborers Trust Fund of Northern Calif.** <br> **P.O. Box 882913** <br> **San Francisco, CA 94188-2913** | | - | | | | | **210,276.89** | **3,463.76** | **206,813.13** |
| Account No. <br><br> **Northern California Carpenter's Union** <br> **265 Hegenberger Road, Suite 100** <br> **Oakland, CA 94621** | | - | | | | | **4,569.79** | **0.00** | **4,569.79** |
| Account No. **x3347** <br><br> **Operating Engineers Trust Fund** <br> **1640 South Loop Road** <br> **Alameda, CA 94502** | | - | | X | X | | **43,945.60** | **3,821.40** | **40,124.20** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to       Subtotal          **7,285.16**

Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)    **258,792.28**    **251,507.12**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Demex Engineering, Inc.** ,  Case No. _____
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Priority Taxes** | | | | | |
| **Employment Development Department State of California Bankruptcy Unit - MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001** | - | | | | | | | | 61,751.59 |
| | | | | | | | | 61,751.59 | 0.00 |
| Account No. | | | | **Priority Taxes** | | | | | |
| **Internal Revenue Service Insolvency Service Unit 1301 Clay St. Stop 1400 S Oakland, CA 94612** | - | | | | | | | | 226,437.58 |
| | | | | | | | | 226,437.58 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 288,189.17 |
| (Total of this page) | 288,189.17 | 0.00 |
| Total | | 295,474.33 |
| (Report on Summary of Schedules) | 546,981.45 | 251,507.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Demex Engineering, Inc.**        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9029**<br><br>**Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**DE 19866-5710** | | - | **Line of Credit** | | | | **19,693.28** |
| Account No.<br><br>**Bayshore Metals, Inc.**<br>**P.O. Box 882003**<br>**San Francisco, CA 94188** | | - | **Construction Materials** | | | | **1,367.02** |
| Account No.<br><br>**Berkeley Cement**<br>**1200 Sixth Street**<br>**Berkeley, CA 94710** | | - | **Construction materials** | | | | **13,658.00** |
| Account No.<br><br>**Bode Gravel Co.**<br>**P.O. Box 880130**<br>**San Francisco, CA 94188** | | - | **Construction materials** | | | | **106,582.01** |

  __9__ continuation sheets attached                                            Subtotal<br>(Total of this page)          **141,300.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:35395-080807    Best Case Bankruptcy

In re  **Demex Engineering, Inc.**                                        ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Construction materials | | | | |
| **Broadhead Steel Products co.** **143 S. Linden Ave.** **South San Francisco, CA 94080** | - | | | | | | 29,610.55 |
| Account No. | | | Notice Only - Counsel for Board of Trustees of the Laborers health and Welfare Trust Fund for Northern California | | | | |
| **Bullivant Houser Bailey PC** **Attn: Ronald L. Richman** **601 California St., Suite 1800** **San Francisco, CA 94108** | - | | | | | | 0.00 |
| Account No. | | | Notice Only - Counsel to Kehoe Trucking | | | | |
| **Carroll, Burdick & McDonoough, LLP** **Attn: Wallace Smith** **1676 N. California Blvd., Suite 620** **Walnut Creek, CA 94596** | - | | | | | | 0.00 |
| Account No. | | | Construction materials | | | | |
| **Center Hardware & Ind. Supplies** **999 Mariposa St.** **San Francisco, CA 94107** | - | | | | | | 428.82 |
| Account No. | | | Construction materials | | | | |
| **Central Concrete Supply Co., Inc.** **755 Stockton Ave.** **San Jose, CA 95126** | - | | | | | | 21,404.50 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **51,443.87**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Demex Engineering, Inc.** _____ ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Construction materials | | | | |
| Coliseum Steel Products, Inc. 7001 San Leandro St. Oakland, CA 94621 | - | | | | | | | | 7,557.00 |
| Account No. | | | | | Construction services | | | | |
| Colts Concrete Pumping P.O. Box 209 Pacifica, CA 94044 | - | | | | | | X | X | 8,165.00 |
| Account No. | | | | | Construction rental, repair and parts. | | | | |
| Construction Drilling Equipment P.O. Box 1886 Byron, CA 94514 | - | | | | | | | | 47,419.88 |
| Account No. | | | | | Construction Services | | | | |
| Construction Testing Services, Inc. 2174 Rheem Drive, Suite A Pleasanton, CA 94588 | - | | | | | | | | 5,444.15 |
| Account No. | | | | | Hauling | | | | |
| Costello Trucking 2290 46th Ave. San Francisco, CA 94116 | - | | | | | | | | 18,005.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **86,591.03**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Demex Engineering, Inc.** _____, Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deluxe Shotcrete & Concrete Const.**<br>**P.O. Box 385**<br>**Santa Rosa, CA 95402** | - | | Construction materials | | | | 9,601.50 |
| Account No.<br><br>**Drywidag-Systems Int.**<br>**2154 South St.**<br>**Long Beach, CA 90805** | - | | Material supplies | | | | 16,843.70 |
| Account No.<br><br>**Far West Sanitation & Storage**<br>**P.O. Box 5307**<br>**Concord, CA 94524** | - | | Refuse services | | | | 2,260.84 |
| Account No.<br><br>**Grainger**<br>**Dept. 859508731**<br>**Palatine, IL 60038-0001** | - | | Construction supplies | | | | 1,352.19 |
| Account No.<br><br>**Granite Rock Company**<br>**P.O. Box 50001**<br>**Watsonville, CA 95077** | - | | Construction materials | | | | 8,353.86 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          38,412.09

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re **Demex Engineering, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hertz Equipment Rental** P.O. Box 650280 Dallas, TX 75265 | - | | Equipment rental | | | | 4,049.89 |
| Account No. **J.R. Peters, Inc.** 1640 17th St. San Francisco, CA 94107 | - | | Repair Service | | | | 1,437.95 |
| Account No. **Kehoe Trucking** 1459 18th St., #179 San Francisco, CA 94107 | - | | Work performed | X | X | | 445,618.00 |
| Account No. **Lowry's Inc.** 9243 Cranford Ave. Pacoima, CA 91331 | - | | Miscellaneous supplies | | | | 281.60 |
| Account No. **McInerney & Dillon, PC** Attn: Timothy McInerney 1999 Harrison, St., Suite 1700 Oakland, CA 94612-4700 | - | | Notice Only - Counsel to Millbrae Paradise, LLC | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **451,387.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Demex Engineering, Inc.**                                               ,        Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Transportation Services | | | | |
| **McNamara Transport, Inc.** **101-A Hickey Blvd., Suite 329** **South San Francisco, CA 94080** | - | | | | | | 138,354.50 |
| Account No. | | | Construction supplies | | | | |
| **Muller Construction Supply** **1230 Yard Court** **San Jose, CA 95133** | - | | | | | | 8,173.15 |
| Account No. | | | Equipment rental | | | | |
| **National Construction Rentals, Inc.** **P.O. Box 4503** **Pacoima, CA 91333** | - | | | | | | 272.73 |
| Account No. | | | Fuel | | | | |
| **Olympian** **2360 Lindbergh St.** **Auburn, CA 95602** | - | | | | | | 5,763.36 |
| Account No. | | | Transportation services | | | | |
| **Ortiz Trucking** **156 N. Spruce Ave.** **South San Francisco, CA 94080** | - | | | | | | 6,600.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            159,163.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re  **Demex Engineering, Inc.**                                      ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Pape Material Handling Exchange P.O. Box 5077 Portland, OR 97208-5077 | | - | | | Equipment rental and sales | | | | 5,719.68 |
| Account No.  PDM Steel Service Centers P.O. Box 329 Santa Clara, CA 95052 | | - | | | Construction materials | | | | 53,670.83 |
| Account No.  Peterson Tractor Co. P.O. Box 5258 San Leandro, CA 94577 | | - | | | Equipment rental and sales | | | | 568.55 |
| Account No.  Prax Air Distribution, Inc. Dept. LA 21511 Pasadena, CA 91185 | | - | | | Construction supplies | | | | 3,168.72 |
| Account No.  RGW Equipment Sales 550 Greenville Road Livermore, CA 94550 | | - | | | Equipment rental | | | | 15,680.86 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 78,808.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re **Demex Engineering, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Construction services | | | | |
| **Rocco's Concrete Pumping** P.O. Box 1711 Pacifica, CA 94044 | - | | | | | | 635.00 |
| Account No. | | | Construction services | | | | |
| **Rogers Trucks & Equipment, Inc.** P.O. Box 280270 San Francisco, CA 94128-0270 | - | | | | X | X | 48,234.42 |
| Account No. | | | Equipment rental | | | | |
| **RSC Equipment Rental** P.O. Box 840514 Dallas, TX 75284 | - | | | | | | 351.52 |
| Account No. | | | Supplies | | | | |
| **San Francisco Petroleum Co.** 2121 Third St. San Francisco, CA 94107 | - | | | | | | 3,547.93 |
| Account No. | | | Refuse and recycling services | | | | |
| **SF Recycling & Disposal, Inc.** 250 Executivd Park, Suite 2100 San Francisco, CA 94134 | - | | | | | | 4,735.64 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **57,504.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Demex Engineering, Inc._____,       Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Sierra Point Lumber<br>601 Tunnel Ave.<br>Brisbane, CA 94005 | | - | | Construction materials | | | | 38,500.89 |
| Account No.<br><br>South City Lumber<br>499 Railroad<br>South San Francisco, CA 94080 | | - | | Construction materials | | | | 45,984.45 |
| Account No.<br><br>Summit Office Supply<br>6800 West Gate Blvd., #132-489<br>Austin, TX 78745 | | - | | Office Supplies | | | | 711.85 |
| Account No.<br><br>Sunquest Properties, Inc.<br>150 Executive Park Blvd., Suite 4200<br>San Francisco, CA 94134 | | - | | Refuse and recycling services | | | | 4,905.00 |
| Account No.<br><br>The Barricade Company<br>265 Roberts Ave.<br>Santa Rosa, CA 95407 | | - | | Construction supplies | | | | 2,354.88 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   92,457.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re  **Demex Engineering, Inc.** ,  Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U Save Equipment Rental**<br>**125 Bayshore Blvd.**<br>**San Francisco, CA 94124** | - | | **Equipment Rental** | | | | **3,347.75** |
| Account No. **xxxx-xxxx-xxxx-0235**<br><br>**US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | **Line of credit** | | | | **12,349.59** |
| Account No. **xxxxxx2144**<br><br>**Wells Fargo**<br>**Business Direct Division**<br>**MAC U1851-014**<br>**P.O. Box 7666**<br>**Boise, ID 83707-1666** | - | | **Line of credit** | | | | **47,424.81** |
| Account No.<br><br>**White Cap Construction Supply**<br>**Dept. 33020 / P.O. Box 39000**<br>**San Francisco, CA 94139** | - | | **Construction Supplies** | | | | **8,943.50** |
| Account No.<br><br>**Zanker Road Landfill**<br>**1500 Berger Drive**<br>**San Jose, CA 95112** | - | | **Refuse and recycling services** | | | | **5,962.14** |

Sheet no. __9___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **78,027.79** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,235,096.49** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Demex Engineering, Inc.**                                              ,    Case No. _____
                                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Financial Federal Credit, Inc.**<br>**P.O. Box 201503**<br>**Houston, TX 77216** | **2 each - compressors - Lessee** |
| **Financial Federal Credit, Inc.**<br>**P.O. Box 201503**<br>**Houston, TX 77216** | **Terex Loader - Lessee** |
| **GE Capital Solutions/Citicapital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **HTFB60 Lo-Drill - Lessee** |
| **GE Capital Solutions/Citicapital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **Klemm KR803-1 Tie Back Machine - Lessee** |
| **GE Capital Solutions/Ingersoll-Rand**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **Bobcat T190 Track Loader - Lessee** |
| **OB1 Associates**<br>**5 Thomas Mellon Circle, Suite 104**<br>**San Francisco, CA 94134** | **Leasehold interest in corporate office space through March, 2010.** |
| **Pawnee Leasing Corporation**<br>**700 Center Ave.**<br>**Fort Collins, CO 80526** | **Chemgrout Air-mounted Grout Pot - Lessee** |
| **Shaw Business Center/Urban Prop., Inc.**<br>**218 Shaw Road, Box 8, Suite A**<br>**South San Francisco, CA 94080** | **Leasehold interest in equipment and material storage yard through November, 2009.** |
| **Sunbridge Capital, Inc.**<br>**NW8178, P.O. Box 1450**<br>**Minneapolis, MN 55485** | **2006 Putzmeister Concrete Pump - Lessee** |
| **Sunbridge Capital, Inc.**<br>**NW8178, P.O. Box 1450**<br>**Minneapolis, MN 55485** | **S130 Bobcat Wheel Loader - lessee** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Demex Engineering, Inc.**         ,     Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**   continuation sheets attached to Schedule of Codebtors

Case: 08-31873   Doc# 1   Filed: 10/03/08   Entered: 10/03/08 14:14:33   Page 33 of 56

# United States Bankruptcy Court
## Northern District of California

In re   **Demex Engineering, Inc.**

                                Debtor(s)

Case No.           

Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **27**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 3, 2008**

Signature    **/s/ Uwe Guehnemann**

                      **Uwe Guehnemann**
                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Demex Engineering, Inc.**                                      Case No. _____

                                                 Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,732,625.00** | **Business Operations - 2006** |
| **$5,261,252.13** | **Business Operation - 2007** |
| **$4,272,656.59** | **Business Operations - 2008 - Year to date (9/30/08)** |

Case: 08-31873    Doc# 1    Filed: 10/03/08    Entered: 10/03/08 14:14:33    Page 35 of 56

**2. Income other than from employment or operation of business**

None
■  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bode Concrete, LLC**<br>**696 Amador Street**<br>**San Francisco, CA 94124** | **7/3/08; 7/11/08; 7/31/08;**<br>**8/5/08; 9/9/08.** | **$101,377.79** | **$106,582.01** |
| **Central Concrete Supply Co., Inc.**<br>**755 Stockton Ave.**<br>**San Jose, CA 95126** | **7/11/08; 7/16/08; 9/10/08;**<br>**9/11/08** | **$19,867.75** | **$21,404.50** |
| **Coliseum Steel Products, Inc.**<br>**7001 San Leandro St.**<br>**Oakland, CA 94621** | **7/17/08** | **$18,176.40** | **$7,557.00** |
| **Dywidag Systems International**<br>**2154 South St.**<br>**Long Beach, CA 90805** | **8/25/08** | **$21,194.65** | **$16,843.70** |
| **Lowry's Inc.**<br>**9243 Cranford Ave.**<br>**Pacoima, CA 91331** | | **$10,674.90** | **$281.60** |
| **Olympian**<br>**2360 Lindbergh St.**<br>**Auburn, CA 95602** | **8/4/08; 8/21/08; 9/4/08;**<br>**9/23/08** | **$21,642.56** | **$5,763.36** |
| **PDM Steel Service Centers**<br>**P.O. Box 329**<br>**Santa Clara, CA 95052** | **8/7/08; 8/28/08** | **$54,989.56** | **$53,670.83** |
| **Prax Air Distribution, Inc.**<br>**Dept. LA 21511**<br>**Pasadena, CA 91185** | **8/5/08; ;8/22/08** | **$6,144.11** | **$3,168.72** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **South City Lumber**<br>**499 Railroad**<br>**South San Francisco, CA 94080** | **7/11/08; 8/12/08; 9/9/08** | **$59,392.73** | **$45,984.45** |
| **Bank of America**<br>**P.o. Box 53155**<br>**Phoenix, AZ 85072-3155** | **8/4/08; 8/21/08** | **$5,500.00** | **$19,693.28** |
| **Financial Federal Credit, Inc.**<br>**P.O. Box 201503**<br>**Houston, TX 77216** | | **$6,037.98** | **$0.00** |
| **Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | **7/8/08; 8/4/08; 8/21/08;**<br>**9/10/08; 9/23/08; 9/25/08** | **$17,543.07** | **$140,518.59** |
| **U.S. Bank Visa**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | **8/4/08; 8/21/08** | **$5,500.00** | **$12,349.59** |
| **Urban Properties/Shaw Business Center**<br>**218 Shaw Road / Box 8, Suite A**<br>**South San Francisco, CA 94080** | **7/31/08; 9/4/08** | **$7,050.00** | **$0.00** |
| **Lincoln General Insurance Company**<br>**2365 Northside Dr., Suite 450**<br>**San Diego, CA 92108** | **7/31/08; 8/21/08; 9/24/08** | **$18,618.43** | **$0.00** |
| **Redwood Debris Box Services**<br>**350 Lang Road**<br>**Burlingame, CA 94010** | **7/7/08; 8/18/08; 9/12/08** | **$9,525.00** | **$0.00** |
| **Premium Financing Specialists**<br>**22604 Network Place**<br>**Chicago, IL 60673-1226** | **8/4/08; 8/21/08; 9/10/08** | **$6,691.60** | **$0.00** |
| **Allied Insurance Company**<br>**P.O. Box 514540**<br>**Los Angeles, CA 90051-4540** | **7/3/08; 9/10/08** | **$9,810.84** | **$0.00** |
| **Weiss & Weissman**<br>**601 California St.**<br>**San Francisco, CA 94108** | **8/28/08; 9/18/08** | **$20,000.00** | **$0.00** |

None
☐
   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sailom Sathcumells**<br>**332 Santa Ana Ave.**<br>**San Francisco, CA 94127**<br>   **Spouse of President** | **9/26/08** | **$20,000.00** | **$0.00** |
| **Jaime Vaillalobos**<br>**1200 Karen Road**<br>**San Pablo, CA 94806**<br>   **Employee of Debtor** | **9/15/07; 11/09/07; 12/05/07;**<br>**3/27/08; 9/26/08.** | **$45,000.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Erin Kehoe Trucking v. Demex Engineering, inc.; Uwe Guehnemann; Millbrae Paradise, LLC; United Commerical Bank; United Rentals Northwest, inc; American Contractors Indemnity Compan; and Does 1-100, inclusive - Case #CIV 473091** | **Complaint for Foreclosure of Mechanic's Lien; Breach of Contract; Payment of monies** | **Superior Court of The State of California, County of San Mateo** | **Anwer filed by debtor** |
| **Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of the Laborers Pension Trust Fund for Northern California; and Board of Trustees of the Laborers Training and Retaining Trust Fund for Northern California v. Demex Engineering, inc, and Uwe Guehnemann - Case #CV08-4215MEJ** | **Complaint for Damages for Breach of Collective Bargaining Agreement, to Recover unpaid trust fund contributions and for Breach of Fiduciary Duty and for a Mandatory Injunction** | **United States District Court, Northern District of California** | **Debtor has been served, but has not answered.** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Financial Federal Credit, Inc. P.O. Box 201503 Houston, TX 77216** | **9/5/08** | **2007 Terex TXL250-2 Wheel Loader S/N 41010 - Value unknown - returned to Lessor for sale.** |

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|
| **GE Capital Solutions/TFS**<br>**516 Virginia Drive**<br>**Fort Washington, PA 19034** | **9/29/08** | **Terex - 225 Excavator - $135,000.00 - Returned to Lessor for sale.** |
| **GE/CitiCapital Commercial Corp.**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197** | **9/30/08** | **Klemm KR803-1 tie Back Machine - $255,000.00 - Returned to Lessor for sale.** |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nevin, Ramos & Steele**<br>**700 Ygnacio Valley Road, Suite 220**<br>**Walnut Creek, CA 94596** | **6/27/08** | **$25,000 for prepetition legal services of which $21,520 has been expended for legal services and $1,039.for the filing fee, with the remaining balance applied as a Chapter 11 retainer.** |
| **Nevin, Ramos & Steele**<br>**700 Ygnacio Valley Road, Suite 220**<br>**Walnut Creek, CA 94596** | **10/3/08** | **$40,000.00 - Chapter 11 retainer.** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Catherine Hegarty**<br>**2451 28th Ave.**<br>**San Francisco, CA 94116** | **2/07 - Present** |
| **Brenda Quan**<br>**P.O. Box 2103**<br>**Danville, CA 94526** | **2004 - Present** |
| **Jeff Weiss**<br>**Weiss & Weissman**<br>**601 California St., Suite 1307**<br>**San Francisco, CA 94108** | **2002 - Present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None □ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Uwe Guehnemann**<br>**c/o Demex Engineering, Inc.**<br>**5 Thomas Mellon Circle, Suite 244**<br>**San Francisco, CA 94134** | **President** | **Common Stock - 100%** |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                               TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                               TAXPAYER IDENTIFICATION NUMBER (EIN)

**Laborers Trust Fund of Northern California**

**Operating Engineers Trust Fund**

**Northern California Carpenter's Union**


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **October  3, 2008**                               Signature  **/s/ Uwe Guehnemann**

                                                                              **Uwe Guehnemann**

                                                                              **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **Demex Engineering, Inc.**                  ,     Case No. _____

Debtor

Chapter              **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Uwe Guehnemann**<br>**5 Thomas Mellon Circle, Suite 244**<br>**San Francisco, CA 94134** | **Common Stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 3, 2008**                 Signature **/s/ Uwe Guehnemann**

                                                    **Uwe Guehnemann**

                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re __**Demex Engineering, Inc.**__

Debtor(s)

Case No. _____

Chapter __**11**__

# CREDITOR MATRIX COVER SHEET

  I declare that the attached Creditor Mailing Matrix, consisting of __**9**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: __**October 3, 2008**__

**/s/ Alan E. Ramos**

Signature of Attorney
**Alan E. Ramos 214533**
**Nevin, Ramos & Steele**
**700 Ygnacio Valley Road, Suite 220**
**Walnut Creek, CA 94596**
**925-280-1703 Fax: 925-935-1642**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Bank of America
Business Card
P.O. Box 15710
DE 19866-5710


Bayshore Metals, Inc.
P.O. Box 882003
San Francisco, CA 94188


Berkeley Cement
1200 Sixth Street
Berkeley, CA 94710


Bode Gravel Co.
P.O. Box 880130
San Francisco, CA 94188


Broadhead Steel Products co.
143 S. Linden Ave.
South San Francisco, CA 94080


Bullivant Houser Bailey PC
Attn: Ronald L. Richman
601 California St., Suite 1800
San Francisco, CA 94108


Carroll, Burdick & McDonoough, LLP
Attn: Wallace Smith
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596


Carroll, Burdick & McDonough, LLP
Attn: Matthew F. Miller
44 Montgomery St., Suite 400
San Francisco, CA 94104

Center Hardware & Ind. Supplies
999 Mariposa St.
San Francisco, CA 94107


Central Concrete Supply Co., Inc.
755 Stockton Ave.
San Jose, CA 95126


Coliseum Steel Products, Inc.
7001 San Leandro St.
Oakland, CA 94621


Colts Concrete Pumping
P.O. Box 209
Pacifica, CA 94044


Construction Drilling Equipment
P.O. Box 1886
Byron, CA 94514


Construction Testing Services, Inc.
2174 Rheem Drive, Suite A
Pleasanton, CA 94588


Costello Trucking
2290 46th Ave.
San Francisco, CA 94116


Deluxe Shotcrete & Concrete Const.
P.O. Box 385
Santa Rosa, CA 95402

Drywidag-Systems Int.
2154 South St.
Long Beach, CA 90805


Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Far West Sanitation & Storage
P.O. Box 5307
Concord, CA 94524


Financial Federal Credit, Inc.
P.O. Box 201503
Houston, TX 77216


Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172


GE Capital Solutions/Citicapital
P.O. Box 6229
Carol Stream, IL 60197-6229


GE Capital Solutions/Ingersoll-Rand
P.O. Box 6229
Carol Stream, IL 60197-6229


GE Capital Solutions/TFS
516 Virginia Drive
Fort Washington, PA 19034

Grainger
Dept. 859508731
Palatine, IL 60038-0001


Granite Rock Company
P.O. Box 50001
Watsonville, CA 95077


Hemar, Rousso & Heald, LLP
Attn: Jennifer Crastz
15910 Ventura Blvd., 12th Floor
Encino, CA 91436


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265


Ingersoll-Rand Financial Services
P.O. Box 6299
Carol Stream, IL 60197


Internal Revenue Service
Insolvency Service Unit
1301 Clay St.
Stop 1400 S
Oakland, CA 94612


J.R. Peters, Inc.
1640 17th St.
San Francisco, CA 94107


Kehoe Trucking
1459 18th St., #179
San Francisco, CA 94107

Laborers Trust Fund of Northern Calif.
P.O. Box 882913
San Francisco, CA 94188-2913


Lowry's Inc.
9243 Cranford Ave.
Pacoima, CA 91331


McInerney & Dillon, PC
Attn: Timothy McInerney
1999 Harrison, St., Suite 1700
Oakland, CA 94612-4700


McNamara Transport, Inc.
101-A Hickey Blvd., Suite 329
South San Francisco, CA 94080


Muller Construction Supply
1230 Yard Court
San Jose, CA 95133


National Construction Rentals, Inc.
P.O. Box 4503
Pacoima, CA 91333


Northern California Carpenter's Union
265 Hegenberger Road, Suite 100
Oakland, CA 94621


OB1 Associates
5 Thomas Mellon Circle, Suite 104
San Francisco, CA 94134

Olympian
2360 Lindbergh St.
Auburn, CA 95602


Operating Engineers Trust Fund
1640 South Loop Road
Alameda, CA 94502


Ortiz Trucking
156 N. Spruce Ave.
South San Francisco, CA 94080


Pape Material Handling Exchange
P.O. Box 5077
Portland, OR 97208-5077


Pawnee Leasing Corporation
700 Center Ave.
Fort Collins, CO 80526


PDM Steel Service Centers
P.O. Box 329
Santa Clara, CA 95052


Pentech Financial Services, Inc.
P.O. Box 712492
Cincinnati, OH 45271


Peterson Tractor Co.
P.O. Box 5258
San Leandro, CA 94577

Prax Air Distribution, Inc.
Dept. LA 21511
Pasadena, CA 91185


Puget Sound Leasing
A Div. of First Sound Bank
P.O. Box 1295
Issaquah, WA 98027


RGW Equipment Sales
550 Greenville Road
Livermore, CA 94550


Rocco's Concrete Pumping
P.O. Box 1711
Pacifica, CA 94044


Rogers Trucks & Equipment, Inc.
P.O. Box 280270
San Francisco, CA 94128-0270


RSC Equipment Rental
P.O. Box 840514
Dallas, TX 75284


San Francisco Petroleum Co.
2121 Third St.
San Francisco, CA 94107


SF Recycling & Disposal, Inc.
250 Executivd Park, Suite 2100
San Francisco, CA 94134

Shaw Business Center/Urban Prop., Inc.
218 Shaw Road, Box 8, Suite A
South San Francisco, CA 94080


Sierra Point Lumber
601 Tunnel Ave.
Brisbane, CA 94005


South City Lumber
499 Railroad
South San Francisco, CA 94080


Summit Office Supply
6800 West Gate Blvd., #132-489
Austin, TX 78745


Sunbridge Capital, Inc.
NW8178, P.O. Box 1450
Minneapolis, MN 55485


Sunquest Properties, Inc.
150 Executive Park Blvd., Suite 4200
San Francisco, CA 94134


The Barricade Company
265 Roberts Ave.
Santa Rosa, CA 95407


U Save Equipment Rental
125 Bayshore Blvd.
San Francisco, CA 94124

US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Wells Fargo
Business Direct Division
MAC U1851-014
P.O. Box 7666
Boise, ID 83707-1666


White Cap Construction Supply
Dept. 33020 / P.O. Box 39000
San Francisco, CA 94139


Zanker Road Landfill
1500 Berger Drive
San Jose, CA 95112

# United States Bankruptcy Court
## Northern District of California

In re   **Demex Engineering, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Demex Engineering, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2008**

Date

**/s/ Alan E. Ramos**

**Alan E. Ramos 214533**

Signature of Attorney or Litigant

Counsel for   **Demex Engineering, Inc.**

**Nevin, Ramos & Steele**

**700 Ygnacio Valley Road, Suite 220**
**Walnut Creek, CA 94596**
**925-280-1703 Fax:925-935-1642**
**aramos@LawNRS.com**