Alan E. Ramos, SBN 214533
Craig S. Nevin, SBN 132281
Geoffrey Wm. Steele, SBN 219576
**NEVIN, RAMOS & STEELE**
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California, 94596-3838
Telephone: (925) 280-1700
Facsimile: (925) 935-1642
Email: aramos@LawNRS.com

Attorneys for Debtor,
DEMEX ENGINEERING, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No. 08-31873 |
| DEMEX ENGINEERING, INC. | Chapter 11 |
| Debtor. | **DISCLOSURE STATEMENT** |
| | **(December 31, 2009)** |
| | Date: March 12, 2010 |
| | Time: 9:30 a.m. |
| | Place: 235 Pine St., Courtroom 23 |
| | San Francisco, CA |
| | Judge: Hon. Thomas E. Carlson |

**I.     Introduction.**

        Attached is Debtor's Chapter 11 plan (the "Plan"). The court has tentatively determined that this Disclosure Statement provides adequate information to enable a hypothetical reasonable investor typical of the holders of claims or interests in the case to make an informed judgment about the proposed Plan. The source of the information contained in the statement should be disclosed and a determination of the reliability of the information should be made.  You may be entitled to vote on the Plan, or object to confirmation of the Plan or final approval of the Disclosure Statement.

///

1

**Ballots must be received by Debtor's counsel, and objections to the Plan or Disclosure Statement must be filed with the court, on or before March 5, 2010. A hearing on confirmation of the Plan and final approval of the Demex Engineering, Inc. Disclosure Statement will be held on March 12, 2010.**

## II.    Background

The Debtor is a Sub-Chapter S corporation which operates a business providing demolition, excavation, drilling and shoring services to the construction and real property development industries. Mr. Uwe Guehnemann is the President of the Debtor and will continue to serve in that capacity after confirmation of the Debtor's Plan. The Debtor filed the instant Chapter 11 petition on October 3, 2008. Prior to 2007, the Debtor operated a profitable business, working primarily in San Francisco and other Peninsula cities. During this period the Debtor was working on an average of two projects at any one time. In 2007, the Debtor expanded its business and acquired additional, pieces of heavy construction equipment. During this period of time, the Debtor was working on an average of eight projects at any one time throughout Northern California. The expansion into larger projects, the addition of a number of concurrent projects and the lease/debt service for the additional equipment created a significant cash flow problem and cut profitability severely. By the end of the first quarter of 2008, it was clear that the Debtor could not continue to operate at its current level and that a restructuring was required to save the Debtor business from collapse.

On November 26, 2008, the U.S. Trustee appointed a Committee of Unsecured Creditors (the "Committee"). On January 16, 2009, the Court signed an order authorizing the employment of Schnader Harrison Segal & Lewis as counsel to the Committee. On June 15, 2009, the Court signed an order authorizing the Committee to employ an accountant. Pursuant to that order, the Committee engaged the services of Bachecki, Crom & Co. as its account to investigate the financial affairs of the Debtor.

During the pendency of this bankruptcy, the Debtor has resolved a number of matters. The Debtor entered into a settlement with Millbrae Paradise, LLC (a claims objection filed by the Debtor) which was approved by the Court on August 13, 2009. The Debtor also entered into settlement in order to compromise a controversy with Yenny Mendez and Zednem Properties, LLC,

which was approved by the Court on October 15, 2009. In addition, there were a number of mechanics lien claims that were resolved in the ordinary course of the Debtor's business. It is anticipated that the Debtor may be involved in matters relating to mechanics liens post-confirmation, as those types of cases are typical for companies in the construction industry.

In order to successfully reorganize in Chapter 11, the Debtor has determined that it must employ a strategy of: 1. Materially altering its business focus; 2. Eliminating large unnecessary pieces of equipment; 3. Lowering rental costs; and, 4. Lowering its cost of labor. Since the filing of the bankruptcy petition, the Debtor has scaled down its operation to focus on small commercial and residential projects; the Debtor has returned, and will reject the leases for, several large pieces of equipment; and, the Debtor has moved to a smaller, less expensive storage yard which includes a small office space. (See Section III below regarding the Debtor's efforts to reduce its labor costs.)

The general thrust of the Plan is to operate the business in a profitable manner which will allow the Debtor to accumulate cash sufficient to continue to operate its business and pay its creditors as much of their allowed claims as possible over a five year period. Current projections indicate that the Debtor may be able to pay through the Plan 100 percent of general unsecured claims, plus 4 percent simple interest per annum. (Projected Plan payments are detailed in Appendix A.) The Plan will be funded out of anticipated profits that the Debtor believes it will earn through its scaled-down, lower-cost business operations.

Projections for the Debtor's operations are detailed in Appendix B. The assumptions underlying the projections are as follows: For the first half of calendar year 2010, the Debtor is using actual contract values for projected income and known costs. For the second half of calendar year 2010, the Debtor is projecting revenue and costs based on historical revenue and costs numbers.

For calendar year 2010, the Debtor is projecting a slight decrease in revenue (from $2,005,000 to $1,976,000) and an increase in total operating costs (from $1,394,225.95 to $1,442,087.48). For calendar year 2011, the Debtor is projecting a small increase in revenue (from $1,976,000 to $2,050,000) and a small increase in costs (from $1,442,087.48 to $1,489,849.82). For calendar year 2012, the Debtor is projecting a small increase in revenue (from $2,050,000 to $2,116,500) and a small increase in costs (from $1,489,849.82 to $1,587,038.59). For calendar year

2013, the Debtor is projecting a small increase in revenue (from $2,116,500 to $2,150,750) and a small increase in costs (from $1,587,038.59 to $1,691,839.42). For the calendar year 2014, the final year of the Debtor's plan, the Debtor project a small increase in revenue (from $2,150,750 to $2,196,890) and a small increase in costs ($1,691,839.42to $1,770,088.05).

It is important to note that the Debtor's projections are estimates based very conservative assumptions (3% +/- annual increases in revenue and costs). Circumstances beyond the Debtor's control (a further decline in construction in the San Francisco Bay Area or a greater than anticipated rise in the cost of materials and services) could result in lower than anticipated profits. In that event, the return to general unsecured creditors could be lower than what is projected. In no event, however, will the Plan period extend beyond December 31, 2014.

It is also important to note that the Debtor's projections also allow the Debtor to accumulate a cash reserve up to a minimum of two months operating capital ($200,000). The Plan projections show that it will take the Debtor approximately 19 months (until July, 2011) to accumulate the required operating capital. The Plan projections also show that each payment after June 30, 2011 is such that it will allow the Debtor to maintain the minimum operating capital throughout the balance of the Plan period.

## III.    Collective Bargaining Agreements

The Debtor is a party to the following collective bargaining agreements: the Northern California AGC/Laborers Master Agreement with the District Counsel of Laborers (expires June 30, 2010), Master Agreement for Northern California with Local Union No. 3 of the International Union of Operating Engineers (expires June 30, 2010), and Carpenters 46 Northern California Counties Master Agreement (expires on June 30, 2012) (collectively, the "CBAs"). The CBAs were negotiated by the Associated General Contractors of California, Inc. and AGC California Northern California (collectively "AGC"). Motions to reject the CBAs were filed by the Debtor on July 24, 2009, based on the Debtor's contention that the cost of benefits under the CBAs would not allow the Debtor to generate sufficient profitability to pay creditors anything close to the full amount of their claims. On September 3, 2009, the Court issued an order denying the Debtor's motions to reject the CBAs.

On December 15, 2009, the Debtor sent a letter to AGC withdrawing the Debtor's authorization for AGC to represent the Debtor or to act as its agent in any capacity or to bind the Debtor to any agreement with any entity.  On December 15, 2009, the Debtor sent letters to counsel for the three unions informing them of the Debtor's withdrawal of it authorization for AGC to act as its agent, to inform them of the Debtor's intent to allow the current CBAs to expire by their own terms, and to inform the three unions of the Debtor's intention not to renew the CBAs after their expiration.  The Debtor will honor the CBAs until they expire and will not renew them thereafter.  (It should be noted that on December 15, 2009, the Debtor did not have the correct information on the expiration of the Carpenters Union CBA – thinking that it expired in 2010.  Since then, the Debtor has determined that the date of expiration for that CBA is June 30, 2012.)  It is only through the expiration of the CBAs that the Debtor will be able to pay 100 percent, plus interest, to general unsecured creditors.  Were the CBAs to stay in place throughout the plan period, the amount available to pay general unsecured creditors would be significantly reduced.

**IV.     Proposed Treatment of Claims.**

    **A.     Secured creditors:** see Part 1 of the Plan.

    **B.     General unsecured creditors** whose claims are less than $1,000.00 will be paid 100 percent of their allowed claims without interest on the effective date of the Plan. There are nine creditors listed in this class with claims totaling $4,234.18 (the final number of creditors and the total amount of the claims may change depending on the filing of amended claims and the result of claims objections filed by the Debtor or the Committee).  See Part 2 of the Plan.

    **C.     General unsecured creditors** whose claims are greater than $1,000.00, but less than $10,000.00, or any creditor whose claim is greater than $10,000 and who elects to reduce its claim to $10,000.00, may elect to be paid 75 percent of their allowed claims without interest in six quarterly installments with the first payment on or before June 30, 2010 and the final payment on or before December 31, 2010.  There are twenty-five creditors listed in this class with claims totaling $126,781.33 (the final number of creditors and the total amount of the claims may change depending on the

filing of amended claims and the result of claims objections filed by the Debtor or the Committee). See Part 2 of the Plan.

**D.** **General unsecured creditors** with claims greater than $10,000.00, will be paid over five years at total sum estimated to be 100 percent of their allowed claims, plus 4.0 percent interest, in quarterly installments with the final payment on or before December 31, 2014. Creditors with claims of less than $10,000 who elect to be treated as a Class 2(c) claimant, will also be paid over five years at total sum estimated to be 100 percent of their allowed claims, plus 4.0 percent interest, in quarterly installments with the first payment on or before June 30, 2010 and the final payment on or before December 31, 2014. There are twenty-three creditors listed in this class with claims totaling $1,433,183.75.00 (the final number of creditors and the total amount of the claims may change depending on the filing of amended claims and the result of claims objections filed by the Debtor or the Committee). See Part 2 of the Plan.

**E.** **Administrative, tax, and other priority claims** will be paid in full. See Part 3 of the Plan.

**F.** **Executory contracts and leases:** see part 4 of the Plan.

**G.** **Shareholders** of the Debtor will retain their interests. See Part 5 of the Plan.

**H.** **Lawsuits.** Debtor may bring suit against certain parties. See Part 7 of the Plan.

**V.** **Discharge and Enforcement of Plan.** Upon confirmation of the Plan, Debtor will receive a discharge of pre-confirmation debts. The payments promised in the Plan constitute new contractual obligations that replace the discharged pre-confirmation debts. Creditors may not sue so long as the Debtor is not in material default under the Plan. Credit management Association ("CMA") will act as the disbursing agent for the Plan. The Debtor will provide CMA with quarterly financial reports which will make them available to any requesting creditor. If Debtor materially defaults in performing the Plan, affected creditors may sue Debtor to enforce the terms of the Plan or move to convert to chapter 7. See Parts 9 and 10 of the Plan.

///

# VI. Voting.

**A. Who may vote.** Creditors are entitled to vote on confirmation of the Plan unless:

    (i)    the class is unimpaired (presumed to accept) or is to receive no distribution (presumed to reject);

    (ii)    the claim is unclassified (required by law to be paid in full); or,

    (iii)    an objection has been filed to that creditor's claim. A creditor whose claim has been objected to may move to have its claim allowed for voting purposes by filing a motion for such relief in time for that motion to be heard at the confirmation hearing.

**B. How to Vote.** Fill out and return the attached ballot so that it is received by Debtor's counsel on or before March 5, 2010.

**C. Effect of Vote.** The Plan will be confirmed only if it is accepted by each impaired class, or if it is accepted by at least one impaired class (exclusive of insiders) and the court determines it is fair and equitable to all dissenting classes. A class of creditors accepts the Plan if it is accepted by a majority in number and two-thirds in dollar amount of creditors who cast ballots. A class of interests accepts the Plan if it is accepted by two-thirds in dollar amount of interest holders who cast ballots.

# VII. Financial Information.

Debtor intends to make the payments required under the Plan from cash available on the effective date and from revenues from future operations. See Part 8 of the Plan. The Debtor's historical financial information can be found in Appendix C.

**A. Operations in Chapter 11.** During the fourteen months since the petition date, Debtor had cumulative operating profit of $50,743.00, on an accrual basis, excluding professional expenses and filing fees incurred in the bankruptcy case. The Debtor's November 30, 2009 Operating Report showed that the Debtor had a small negative cash balance ($674.00). This was primarily due to an extremely slow and challenging first two months of the fourth quarter. In late November, the Debtor signed a $1,100,000.00 contract which will provide work for the Debtor through May of 2010. Upon request, Debtor will provide copies of monthly operating reports filed with the court.

1      **B.**     **Cash Available on Effective Date.**  The Debtor had cash on hand as of December

2 31, 2009 in the amount of $17,490.14.  Additional cash to fund payments due on the effective date

3 will be available through the Debtor's operations.  The total amount to be paid on the effective date

4 is: $75,895.85.  To enable the Debtor to confirm its Plan and make the required payments on the

5 effective date, counsel for the Debtor has agreed to defer receipt of its court approved fees and costs

6 in monthly payments beginning on or before April 30, 2010 with a final payment on or before

7 January 31, 2011.

8 ///

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**VIII.  Liquidation Analysis.** General unsecured creditors might expect to receive the following in a chapter 7 liquidation.

Assets:

| | |
|---|---|
| Cash on Hand | $    17,490.14 |
| Accounts Receivable (Liquidation Value) | $  277,592.85 |
| Office Furniture & Equipment (Liquidation Value) | $      2,178.20 |
| Machinery and Other Equipment (Liquidation Value) | $  314,927.03 |
| Vehicles (Liquidation Value) | $    86,172.00 |
| Real Property | $ 0 |
| Stocks, bonds, etc. | $ 0 |
| Lawsuits | $  Unknown |
| Intellectual Property | $ 0 |
| Other assets (Book Value) | $ 0 |
| Total Assets: | $  698,360.22 |

Less:

| | |
|---|---|
| Secured Claims: | $  527,312.81 |
| Chapter 11 Administrative Claims (Estimated) | $    92,750.00 |
| Chapter 7 Administrative Claims (Estimated) | $    75,000.00 |
| Other Priority Claims: | $  175,546.39 |
| Total Other Secured and Priority Claims | $  870,609.20 |
| Estimated net amount available for general unsecured creditors | $ 0 |
| Estimated total general unsecured claims: | $1,564,199.26 |
| Estimated percentage to general unsecured creditors in Chapter 7 liquidation: | 0 % |

DATED: December 31, 2009          NEVIN, RAMOS & STEELE

                                        _____/s/ Alan E. Ramos_____
                                        Alan E. Ramos,
                                        Attorneys for Demex Engineering, Inc.

9

Case: 08-31873   Doc# 224   Filed: 02/05/10   Entered: 02/05/10 06:17:52   Page 9 of 21

# APPENDIX A

| Payments | | Confirmation/Pymt 3/31/2010 | 2nd Qtr - 6/30/10 | 3rd Qtr - 9/30/10 | 4th Qtr - 12/31/10 |
|---|---|---|---|---|---|
| **Total Payment for Period** | | $ 75,895.85 | $ 60,980.40 | $ 60,980.40 | $ 60,980.40 |
| Disbursing Agent | | 2,211.67 | 1,777.73 | 1,777.73 | 1,777.73 |
| Debtor's Counsel * | | | 22,500.00 | 22,500.00 | 22,500.00 |
| Creditor's Committee Counsel | | 22,000.00 | | | |
| Creditor's Committee Account. | | 7,500.00 | | | |
| Misc. Admin. Claims/Cures | | 29,000.00 | | | |
| Priority Debt | | | | | |
| IRS | | | 8,350.00 | 8,350.00 | 8,350.00 |
| EDD | | | 1,400.00 | 1,400.00 | 1,400.00 |
| FTB | | | 55.00 | 55.00 | 55.00 |
| City/County SF - Payroll Tax | | | 1,050.00 | 1,050.00 | 1,050.00 |
| Operators Union Trust Fund | | 10,950.00 | | | |
| Claims - < $1k | (7) | 4,234.18 | | | |
| Claims >$1k-$10k (75%) | (25) | | 15,847.67 | 15,847.67 | 15,847.67 |
| Claims - > $10k | (23) | - | 10,000.00 | 10,000.00 | 10,000.00 |

* Debtor's Counsel court approved fees and costs (estimated at $70,000.00) paid at the rate of $7,500.00
per month beginning in April, 2010 through January, 2011.

| Payments | | 1st Qtr - 3/31/11 | 2nd Qtr - 6/30/11 | 3rd Qtr - 9/30/11 | 4th Qtr - 12/31/11 |
|---|---|---|---|---|---|
| **Total Payment for Period** | | $ 40,380.40 | $ 79,060.40 | $ 104,810.40 | $ 88,487.30 |
| Disbursing Agent | | 1,177.73 | 2,302.73 | 3,052.73 | 2,577.30 |
| Debtor's Counsel * | | 2,500.00 | | | |
| Priority Debt | | | | | |
| IRS | | 8,350.00 | 12,350.00 | 12,350.00 | 12,350.00 |
| EDD | | 1,400.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| FTB | | 55.00 | 85.00 | 85.00 | 85.00 |
| City/County SF - Payroll Tax | | 1,050.00 | 1,525.00 | 1,525.00 | 1,525.00 |
| Claims >$1k-$10k (75%) | (25) | 15,847.67 | 15,847.67 | 15,847.67 | |
| Claims - > $10k | (23) | 10,000.00 | 44,950.00 | 69,950.00 | 69,950.00 |

| Payments | | 1st Qtr - 3/31/12 | 2nd Qtr - 6/30/12 | 3rd Qtr - 9/30/12 | 4th Qtr - 12/31/12 |
|---|---|---|---|---|---|
| **Total Payment for Period** | | $ 88,487.30 | $ 114,237.30 | $ 119,387.30 | $ 119,387.30 |
| Disbursing Agent | | 2,577.30 | 3,327.30 | 3,477.30 | 3,477.30 |
| Priority Debt | | | | | |
| IRS | | 12,350.00 | 12,350.00 | 12,350.00 | 12,350.00 |
| EDD | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| FTB | | 85.00 | 85.00 | 85.00 | 85.00 |
| City/County SF - Payroll Tax | | 1,525.00 | 1,525.00 | 1,525.00 | 1,525.00 |
| Claims - > $10k | (23) | 69,950.00 | 94,950.00 | 99,950.00 | 99,950.00 |

| Payments | 1st Qtr - 3/31/13 | 2nd Qtr - 6/30/13 | 3rd Qtr - 9/30/13 | 4th Qtr - 12/31/13 |
|---|---|---|---|---|
| **Total Payment for Period** | $ **119,387.30** | $ **129,687.30** | $ **134,360.47** | $ **134,927.30** |
| Disbursing Agent | 3,477.30 | 3,777.30 | 3,927.30 | 3,927.30 |
| Priority Debt | | | | |
| IRS | 12,350.00 | 12,350.00 | 12,350.00 | |
| EDD | 2,000.00 | 2,000.00 | 1,645.19 | |
| FTB | 85.00 | 85.00 | 58.44 | |
| City/County SF - Payroll Tax | 1,525.00 | 1,525.00 | 1,429.54 | |
| Claims - > $10k       (23) | 99,950.00 | 109,950.00 | 114,950.00 | 131,000.00 |

| Payments | 1st Qtr - 3/31/14 | 2nd Qtr - 6/30/14 | 3rd Qtr - 9/30/14 | 4th Qtr - 12/31/14 |
|---|---|---|---|---|
| **Total Payment for Period** | $ **154,527.30** | $ **154,527.30** | $ **154,527.30** | $ **144,851.78** |
| Disbursing Agent | 4,527.30 | 4,527.30 | 4,527.30 | 4,092.70 |
| Priority Debt | | | | |
| IRS | | | | |
| EDD | | | | |
| FTB | | | | |
| City/County SF - Payroll Tax | | | | |
| Claims - > $10k       (23) | 150,000.00 | 150,000.00 | 150,000.00 | 140,759.08 |

| | |
|---|---|
| **Total Plan Payments** | $ **2,138,871.76** |
| Disbursing Agent | $ **62,298.35** |
| Debtor's Counsel * | $ **70,000.00** |
| Creditor's Committee Counsel | $ **22,000.00** |
| Creditor's Committee Account. | $ **7,500.00** |
| Misc. Admin. Claims/Cures | $ **29,000.00** |
| Priority Debt | |
| IRS | $ **157,879.46** |
| EDD | $ **25,804.02** |
| FTB | $ **2,073.95** |
| City/County SF - Payroll Tax | $ **19,791.54** |
| Operators Union Trust Fund | $ **10,950.00** |
| Claims - < $1k       (7) | $ **4,234.18** |
| Claims >$1k-$10k (75%) (25) | $ **95,086.02** |
| Claims - > $10k       (23) | $ **1,632,254.24** |

# APPENDIX B

| | Jan. 2010 | Feb. 2010 | Mar. 2010 | Apr. 2010 | May. 2010 | June. 2010 | July. 2010 | Aug. 2010 | Sept. 2010 | Oct. 2010 | Nov. 2010 | Dec. 2010 | YTD 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Income** | | | | | | | | | | | | | |
| Cash Receipts | 160,000.00 | 146,000.00 | 155,000.00 | 200,000.00 | 175,000.00 | 165,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 100,000.00 | 1,976,000.00 |
| **Total Income** | 160,000.00 | 146,000.00 | 155,000.00 | 200,000.00 | 175,000.00 | 165,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 100,000.00 | 1,976,000.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Job Costs | 5,600.00 | 4,800.00 | 5,213.00 | 55,000.00 | 35,000.00 | 8,000.00 | 5,213.00 | 5,213.00 | 5,213.00 | 5,213.00 | 5,213.00 | 5,213.00 | 144,891.00 |
| Job Materials | 24,000.00 | 18,850.00 | 38,907.00 | 10,000.00 | 25,000.00 | 46,000.00 | 38,907.00 | 38,907.00 | 38,907.00 | 38,907.00 | 38,907.00 | 17,685.00 | 374,977.00 |
| Payroll Expenses | | | | | | | | | | | | | |
|    FICA/Medicare | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 3,212.00 | 38,544.00 |
|    FUTA Tax | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 1,152.00 |
|    SUTA Tax | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 744.00 | 8,928.00 |
|    Benefits | 7,584.00 | 6,320.00 | 7,600.00 | 8,848.00 | 8,848.00 | 7,600.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 64,800.00 |
|    Wages | 27,768.00 | 26,000.00 | 28,000.00 | 32,000.00 | 32,000.00 | 28,000.00 | 38,944.00 | 38,944.00 | 38,944.00 | 38,944.00 | 38,944.00 | 38,944.00 | 407,432.00 |
|    SF Payroll Tax 1.5% | 416.52 | 390.00 | 420.00 | 480.00 | 480.00 | 420.00 | 584.16 | 584.16 | 584.16 | 584.16 | 584.16 | 584.16 | 6,111.48 |
| **Total COGS** | 69,420.52 | 60,412.00 | 84,192.00 | 110,380.00 | 105,380.00 | 94,072.00 | 90,700.16 | 90,700.16 | 90,700.16 | 90,700.16 | 90,700.16 | 69,478.16 | 1,046,835.48 |
| **Gross Cash Flow** | 90,579.48 | 85,588.00 | 70,808.00 | 89,620.00 | 69,620.00 | 70,928.00 | 84,299.84 | 84,299.84 | 84,299.84 | 84,299.84 | 84,299.84 | 30,521.84 | 929,164.52 |
| **G & A Expenses** | | | | | | | | | | | | | |
| Bank Svc. Charges | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 386.00 | 4,632.00 |
| Fuel | 1,700.00 | 1,700.00 | 1,900.00 | 2,200.00 | 2,500.00 | 1,900.00 | 1,964.00 | 1,964.00 | 1,964.00 | 1,964.00 | 1,964.00 | 1,964.00 | 23,684.00 |
| Insurance | | | | | | | | | | | | | |
|    Liability Insurance | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 1,540.00 | 18,480.00 |
|    Workers Comp. | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 3,293.00 | 39,516.00 |
|    Medical | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 816.00 | 9,792.00 |
|    Automobile/Equipment | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 1,760.00 | 21,120.00 |
| Interest Expense | | | | | | | | | | | | | |
|    Finance Charges | | | | | | | | | | | | | |
|    Int. Exp. Other | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 13,236.00 |
| License & Permits | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 166.00 | 1,992.00 |
| Outside Services | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 6,600.00 |
| Payroll Processing | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 6,600.00 |
| Administrative Wages | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 180,000.00 |
|    SF Payroll Tax 1.5% | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 2,700.00 |
| Office Rent | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| Yard Rent | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 27,000.00 |
| Telephone | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 772.00 | 9,264.00 |
| Misc. (Uncategorized) | 7,103.00 | 7,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 1,103.00 | 25,236.00 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G & A Expenses** | 37,664.00 | 37,664.00 | 31,864.00 | 32,164.00 | 32,464.00 | 31,864.00 | 31,928.00 | 31,928.00 | 31,928.00 | 31,928.00 | 31,928.00 | 31,928.00 | 395,252.00 |
| **Add'l Cash Payments:** | | | | | | | | | | | | | |
| Loan and Lease Payments | 20,619.27 | 20,619.27 | 20,619.27 | 20,691.27 | 20,691.27 | 12,841.56 | 12,841.56 | 12,841.56 | 12,841.56 | 12,841.56 | 11,978.38 | 10,883.78 | 190,310.31 |
| U.S. Trustee Fees | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | 19,500.00 |
| Plan Payments * | | | 75,895.85 | 7,500.00 | 7,500.00 | 60,980.40 | 7,500.00 | 7,500.00 | 60,980.05 | 7,500.00 | 7,500.00 | 60,980.40 | 303,836.70 |
| **Total Add'l Cash Payments** | 20,619.27 | 20,619.27 | 101,390.12 | 28,191.27 | 28,191.27 | 78,696.96 | 20,341.56 | 20,341.56 | 78,696.61 | 20,341.56 | 19,478.38 | 76,739.18 | 778,481.07 |
| **Net Cash Flow** | 32,296.21 | 27,304.73 | (62,446.12) | 29,264.73 | 8,964.73 | (39,632.96) | 32,030.28 | 32,030.28 | (26,324.77) | 32,030.28 | 32,893.46 | (78,145.34) | 20,265.51 |
| **Cumulative** | 59,861.92 | 87,166.65 | 24,720.53 | 53,985.26 | 62,949.99 | 23,317.03 | 55,347.31 | 87,377.59 | 61,052.82 | 93,083.10 | 125,976.56 | 47,831.22 | |

| | Jan. 2011 | Feb. 2011 | Mar. 2011 | Apr. 2011 | May. 2011 | June. 2011 | July. 2011 | Aug. 2011 | Sept. 2011 | Oct. 2011 | Nov. 2011 | Dec. 2011 | YTD. 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Income** | | | | | | | | | | | | | |
| Cash Receipts | 100,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 175,000.00 | 175,000.00 | 100,000.00 | 2,050,000.00 |
| **Total Income** | 100,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 175,000.00 | 175,000.00 | 100,000.00 | 2,050,000.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Job Costs | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 5,474.00 | 65,688.00 |
| Job Materials | 18,216.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 40,075.00 | 18,216.00 | 437,182.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| FICA/Medicare | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 3,373.00 | 40,476.00 |
| FUTA Tax | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 1,212.00 |
| SUTA Tax | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 782.00 | 9,384.00 |
| Benefits | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 3,120.00 | 37,440.00 |
| Wages | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 40,891.20 | 490,694.40 |
| SF Payroll Tax 1.5% | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 613.37 | 7,360.42 |
| **Total COGS** | 72,570.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 94,429.57 | 72,570.57 | 1,089,436.82 |
| **Gross Cash Flow** | 27,429.43 | 80,570.43 | 80,570.43 | 80,570.43 | 80,570.43 | 105,570.43 | 105,570.43 | 105,570.43 | 105,570.43 | 80,570.43 | 80,570.43 | 27,429.43 | 960,563.18 |
| **G & A Expenses** | | | | | | | | | | | | | |
| Bank Svc. Charges | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 4,860.00 |
| Fuel | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 2,161.00 | 25,932.00 |
| Insurance | | | | | | | | | | | | | |
| Liability Insurance | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 20,328.00 |
| Workers Comp. | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 3,457.00 | 41,484.00 |
| Medical | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 857.00 | 10,284.00 |
| Automobile/Equipment | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 1,936.00 | 23,232.00 |
| Interest Expense | | | | | | | | | | | | | |
| Finance Charges | | | | | | | | | | | | | |
| Int. Exp. Other | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 13,896.00 |
| License & Permits | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 174.00 | 2,088.00 |
| Outside Services | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,200.00 |
| Payroll Processing | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 6,900.00 |
| Administrative Wages | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 185,400.00 |
| SF Payroll Tax 1.5% | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 231.75 | 2,781.00 |
| Office Rent | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| Yard Rent | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 27,000.00 |
| Telephone | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 811.00 | 9,732.00 |
| Misc. (Uncategorized) | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 1,158.00 | 13,896.00 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G & A Expenses** | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 33,367.75 | 400,413.00 |
| **Add'l Cash Payments:** | | | | | | | | | | | | | |
| Loan and Lease Payments | 10,406..98 | 9,832.19 | 9,832.19 | 9,832.19 | 8,513.63 | 8,513.63 | 8,513.63 | 8,513.63 | 8,513.63 | 7,575.02 | 7,575.02 | 5,469.78 | 92,684.54 |
| U.S. Trustee Fees | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | 19,500.00 |
| Plan Payments * | 2,500.00 | | 40,380.40 | | | 79,060.40 | | | 104,810.40 | | | 88,487.30 | 619,075.20 |
| **Total Add'l Cash Payments** | 2,500.00 | 9,832.19 | 55,087.59 | 9,832.19 | 8,513.63 | 92,449.03 | 8,513.63 | 8,513.63 | 118,199.03 | 7,575.02 | 7,575.02 | 98,832.08 | 427,423.04 |
| **Net Cash Flow** | (8,438.32) | 37,370.49 | (7,884.91) | 37,370.49 | 38,689.05 | (20,246.35) | 63,689.05 | 63,689.05 | (45,996.35) | 39,627.66 | 39,627.66 | (104,770.40) | 132,727.14 |
| **Cumulative** | 39,392.90 | 76,763.39 | 68,878.49 | 106,248.98 | 144,938.03 | 124,691.68 | 188,380.73 | 252,069.79 | 206,073.44 | 245,701.10 | 285,328.76 | 180,558.36 | |

| | Jan. 2012 | Feb. 2012 | Mar. 2012 | Apr. 2012 | May. 2012 | June. 2012 | July. 2012 | Aug. 2012 | Sept. 2012 | Oct. 2012 | Nov. 2012 | Dec. 2012 | YTD - 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Income** | | | | | | | | | | | | | |
| Cash Receipts | 102,000.00 | 178,500.00 | 178,500.00 | 178,500.00 | 178,500.00 | 204,000.00 | 204,000.00 | 204,000.00 | 204,000.00 | 204,000.00 | 178,500.00 | 102,000.00 | 2,116,500.00 |
| **Total Income** | 102,000.00 | 178,500.00 | 178,500.00 | 178,500.00 | 178,500.00 | 204,000.00 | 204,000.00 | 204,000.00 | 204,000.00 | 204,000.00 | 178,500.00 | 102,000.00 | 2,116,500.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Job Costs | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 5,747.00 | 68,964.00 |
| Job Materials | 18,762.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 42,277.00 | 483,809.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| FICA/Medicare | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 3,542.00 | 42,504.00 |
| FUTA Tax | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 106.00 | 1,272.00 |
| SUTA Tax | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 821.00 | 9,852.00 |
| Benefits | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 3,244.80 | 38,937.60 |
| Wages | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 42,935.76 | 515,229.12 |
| SF Payroll Tax 1.5% | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 644.04 | 7,728.44 |
| **Total COGS** | 75,802.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 99,317.60 | 1,168,296.16 |
| **Gross Cash Flow** | 26,197.40 | 79,182.40 | 79,182.40 | 79,182.40 | 79,182.40 | 104,682.40 | 104,682.40 | 104,682.40 | 104,682.40 | 104,682.40 | 79,182.40 | 2,682.40 | 948,203.84 |
| **G & A Expenses** | | | | | | | | | | | | | |
| Bank Svc. Charges | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 425.00 | 5,100.00 |
| Fuel | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 2,377.00 | 28,524.00 |
| Insurance | | | | | | | | | | | | | |
| Liability Insurance | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 1,864.00 | 22,368.00 |
| Workers Comp. | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 3,630.00 | 43,560.00 |
| Medical | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 10,800.00 |
| Automobile/Equipment | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 2,130.00 | 25,560.00 |
| Interest Expense | | | | | | | | | | | | | |
| Finance Charges | | | | | | | | | | | | | |
| Int. Exp. Other | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 14,592.00 |
| License & Permits | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 183.00 | 2,196.00 |
| Outside Services | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 7,800.00 |
| Payroll Processing | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,200.00 |
| Administrative Wages | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 15,913.50 | 190,962.00 |
| SF Payroll Tax 1.5% | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 238.70 | 2,864.43 |
| Office Rent | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| Yard Rent | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 27,000.00 |
| Telephone | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 852.00 | 10,224.00 |
| Misc. (Uncategorized) | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 1,216.00 | 14,592.00 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G & A Expenses** | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 34,895.20 | 418,742.43 |
| **Add'l Cash Payments:** | | | | | | | | | | | | | |
| Loan and Lease Payments | 4,812.47 | 3,791.10 | 3,243.16 | 3,243.16 | 3,243.16 | 3,243.16 | 553.79 | 553.79 | 553.79 | 553.79 | 553.79 | 553.79 | 24,898.95 |
| U.S. Trustee Fees | | | 4,875.00 | | | | | | | | | | 4,875.00 |
| Plan Payments * | | | 88,487.30 | | | 114,237.30 | | | 119,387.30 | | | 119,387.30 | 1,060,574.40 |
| **Total Add'l Cash Payments** | 4,812.47 | 3,791.10 | 96,605.46 | 3,243.16 | 3,243.16 | 117,480.46 | 553.79 | 553.79 | 119,941.09 | 553.79 | 553.79 | 119,941.09 | 471,273.15 |
| **Net Cash Flow** | (13,510.27) | 40,496.10 | (52,318.26) | 41,044.04 | 41,044.04 | (47,693.26) | 69,233.41 | 69,233.41 | (50,153.89) | 69,233.41 | 43,733.41 | (152,153.89) | 58,188.26 |
| **Cumulative** | 167,048.10 | 207,544.20 | 155,225.94 | 196,269.98 | 237,314.02 | 189,620.76 | 258,854.17 | 328,087.58 | 277,933.69 | 347,167.11 | 390,900.52 | 238,746.63 | |

|  | Jan. 2013 | Feb. 2013 | Mar. 2013 | Apr. 2013 | May. 2013 | June. 2013 | July. 2013 | Aug. 2013 | Sept. 2013 | Oct. 2013 | Nov. 2013 | Dec. 2013 | YTD - 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Income** | | | | | | | | | | | | | |
| Cash Receipts | 104,040.00 | 182,070.00 | 182,070.00 | 182,070.00 | 182,070.00 | 208,080.00 | 208,080.00 | 208,080.00 | 208,080.00 | 200,000.00 | 182,070.00 | 104,040.00 | 2,150,750.00 |
| **Total Income** | 104,040.00 | 182,070.00 | 182,070.00 | 182,070.00 | 182,070.00 | 208,080.00 | 208,080.00 | 208,080.00 | 208,080.00 | 200,000.00 | 182,070.00 | 104,040.00 | 2,150,750.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Job Costs | 6,034.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 6,038.35 | 72,456.20 |
| Job Materials | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 44,390.85 | 532,690.20 |
| Payroll Expenses | | | | | | | | | | | | | |
| FICA/Medicare | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 3,719.10 | 44,629.20 |
| FUTA Tax | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 111.30 | 1,335.60 |
| SUTA Tax | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 862.05 | 10,344.60 |
| Benefits | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 3,374.59 | 40,495.08 |
| Wages | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 45,082.55 | 540,990.60 |
| SF Payroll Tax 1.5% | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 676.24 | 8,114.86 |
| **Total COGS** | 104,251.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 104,255.03 | 1,251,056.34 |
| **Gross Cash Flow** | (211.03) | 77,814.97 | 77,814.97 | 77,814.97 | 77,814.97 | 103,824.97 | 103,824.97 | 103,824.97 | 103,824.97 | 95,744.97 | 77,814.97 | (215.03) | 899,693.66 |
| **G & A Expenses** | | | | | | | | | | | | | |
| Bank Svc. Charges | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 446.25 | 5,355.00 |
| Fuel | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 2,495.85 | 29,950.20 |
| Insurance | | | | | | | | | | | | | |
| Liability Insurance | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 1,957.20 | 23,486.40 |
| Workers Comp. | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 3,811.50 | 45,738.00 |
| Medical | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 945.00 | 11,340.00 |
| Automobile/Equipment | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 2,236.50 | 26,838.00 |
| Interest Expense | | | | | | | | | | | | | |
| Finance Charges | | | | | | | | | | | | | |
| Int. Exp. Other | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 15,321.60 |
| License & Permits | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 192.15 | 2,305.80 |
| Outside Services | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 682.50 | 8,190.00 |
| Payroll Processing | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 630.00 | 7,560.00 |
| Administrative Wages | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 16,390.91 | 196,690.92 |
| SF Payroll Tax 1.5% | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 245.86 | 2,950.36 |
| Office Rent | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 9,000.00 |
| Yard Rent | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 30,000.00 |
| Telephone | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 894.60 | 10,735.20 |
| Misc. (Uncategorized) | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 1,276.80 | 15,321.60 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G & A Expenses** | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 36,731.92 | 440,783.08 |
| **Add'l Cash Payments:** | | | | | | | | | | | | | |
| Loan and Lease Payments | 553.79 | - | - | - | - | - | - | - | - | - | - | - | 553.79 |
| U.S. Trustee Fees | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | 19,500.00 |
| Plan Payments * | | | 119,387.30 | | | 129,687.30 | | | 134,837.30 | | | 134,927.30 | 1,579,413.60 |
| **Total Add'l Cash Payments** | 553.79 | - | 124,262.30 | | | 134,562.30 | | | 139,712.30 | | | 139,802.30 | 538,892.99 |
| **Net Cash Flow** | (37,496.73) | 41,083.05 | (83,179.25) | 41,083.05 | 41,083.05 | (67,469.25) | 67,093.05 | 67,093.05 | (72,619.25) | 59,013.05 | 41,083.05 | (176,749.25) | (79,982.41) |
| **Cumulative** | 201,249.89 | 242,332.94 | 159,153.69 | 200,236.74 | 241,319.78 | 173,850.53 | 240,943.58 | 308,036.63 | 235,417.38 | 294,430.43 | 335,513.47 | 158,764.22 | |

| | Jan. 2014 | Feb. 2014 | Mar. 2014 | Apr. 2014 | May. 2014 | June. 2014 | July, 2014 | Aug. 2014 | Sept. 2014 | Oct. 2014 | Nov. 2014 | Dec. 2014 | YTD - 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Income** | | | | | | | | | | | | | | **Cash Income** |
| Cash Receipts | 106,120.00 | 184,690.00 | 184,690.00 | 184,690.00 | 184,690.00 | 212,240.00 | 212,240.00 | 212,240.00 | 212,240.00 | 212,240.00 | 184,690.00 | 106,120.00 | 2,196,890.00 | Cash Receipts |
| **Total Income** | 106,120.00 | 184,690.00 | 184,690.00 | 184,690.00 | 184,690.00 | 212,240.00 | 212,240.00 | 212,240.00 | 212,240.00 | 212,240.00 | 184,690.00 | 106,120.00 | 2,196,890.00 | **Total Income** |
| **Cost of Goods Sold** | | | | | | | | | | | | | | **Cost of Goods Sold** |
| Job Costs | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 6,340.27 | 76,083.24 | Job Costs |
| Job Materials | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 46,610.39 | 559,324.68 | Job Materials |
| Payroll Expenses | | | | | | | | | | | | | | Payroll Expenses |
| FICA/Medicare | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 3,905.06 | 46,860.72 | FICA/Medicare |
| FUTA Tax | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 116.87 | 1,402.44 | FUTA Tax |
| SUTA Tax | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 905.15 | 10,861.80 | SUTA Tax |
| Benefits | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 3,509.57 | 42,114.84 | Benefits |
| Wages | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 47,336.68 | 568,040.16 | Wages |
| SF Payroll Tax 1.5% | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 710.05 | 8,520.60 | SF Payroll Tax 1.5% |
| **Total COGS** | 109,434.03 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 109,434.04 | 1,313,208.47 | **Total COGS** |
| **Gross Cash Flow** | (3,314.03) | 75,255.96 | 75,255.96 | 75,255.96 | 75,255.96 | 102,805.96 | 102,805.96 | 102,805.96 | 102,805.96 | 102,805.96 | 75,255.96 | (3,314.04) | 883,681.53 | **Gross Cash Flow** |
| **G & A Expenses** | | | | | | | | | | | | | | **G & A Expenses** |
| Bank Svc. Charges | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 468.56 | 5,622.72 | Bank Svc. Charges |
| Fuel | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 2,620.64 | 31,447.68 | Fuel |
| Insurance | | | | | | | | | | | | | | Insurance |
| Liability Insurance | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 2,055.06 | 24,660.72 | Liability Insurance |
| Workers Comp. | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 4,002.08 | 48,024.96 | Workers Comp. |
| Medical | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 992.25 | 11,907.00 | Medical |
| Automobile/Equipment | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 2,348.33 | 28,179.96 | Automobile/Equipment |
| Interest Expense | | | | | | | | | | | | | | Interest Expense |
| Finance Charges | | | | | | | | | | | | | | Finance Charges |
| Int. Exp. Other | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 16,087.68 | Int. Exp. Other |
| License & Permits | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 201.76 | 2,421.12 | License & Permits |
| Outside Services | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 716.63 | 8,599.56 | Outside Services |
| Payroll Processing | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 661.50 | 7,938.00 | Payroll Processing |
| Administrative Wages | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 16,882.64 | 202,591.68 | Administrative Wages |
| SF Payroll Tax 1.5% | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 253.24 | 3,038.88 | SF Payroll Tax 1.5% |
| Office Rent | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 9,000.00 | Office Rent |
| Yard Rent | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 30,000.00 | Yard Rent |
| Telephone | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 939.33 | 11,271.96 | Telephone |
| Misc. (Uncategorized) | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 1,340.64 | 16,087.68 | Misc. (Uncategorized) |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - | Utilities |
| **Total G & A Expenses** | 38,073.28 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 38,073.30 | 456,879.58 | **Total G & A Expenses** |
| **Add'l Cash Payments:** | | | | | | | | | | | | | | **Add'l Cash Payments:** |
| Loan and Lease Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | Loan and Lease Payments |
| U.S. Trustee Fees | | | 4,875.00 | | | 4,875.00 | | | 4,875.00 | | | - | 14,625.00 | U.S. Trustee Fees |
| Plan Payments * | | | 154,527.30 | | | 154,527.30 | | | 154,527.30 | | - | 144,851.78 | 2,187,847.28 | Plan Payments * |
| **Total Add'l Cash Payments** | - | - | 159,402.30 | - | - | 159,402.30 | - | - | 159,402.30 | - | - | 144,851.78 | 623,058.68 | **Total Add'l Cash Payments** |
| **Net Cash Flow** | (41,387.31) | 37,182.66 | (122,219.64) | 37,182.66 | 37,182.66 | (94,669.64) | 64,732.66 | 64,732.66 | (94,669.64) | 64,732.66 | 37,182.66 | (186,239.12) | (196,256.73) | **Net Cash Flow** |
| **Cumulative** | 294,126.16 | 331,308.82 | 209,089.18 | 246,271.84 | 283,454.50 | 188,784.86 | 253,517.52 | 318,250.18 | 223,580.54 | 288,313.20 | 325,495.86 | 139,256.74 | | **Cumulative** |

# APPENDIX C

# DEMEX Engineering Inc.
# Balance Sheet
### As of October 3, 2008

| | Oct 3, 08 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       First National Bank | 22,375.53 |
|     **Total Checking/Savings** | 22,375.53 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 959,864.01 |
|     **Total Accounts Receivable** | 959,864.01 |
|     **Other Current Assets** | |
|       Loan to Demex Builders Inc. | 135,264.00 |
|       Retention | 129,501.57 |
|     **Total Other Current Assets** | 264,765.57 |
|   **Total Current Assets** | 1,247,005.11 |
|   **Fixed Assets** | |
|     **Autos** | |
|       2007 Ford F150 (2357) | 25,598.17 |
|       2004 Ford F350 (2515) | 26,611.16 |
|       2007 Ford F150 (7846) | 35,227.68 |
|       2006 Ford LCF | 34,386.21 |
|       2005 Ford F350 #6625 | 31,849.12 |
|       2004 Ford F350 Pick Up | 37,297.10 |
|       2004 Ford F150 | 37,180.54 |
|       Ford 2006 F250 | 36,729.65 |
|       2006 Ford Explorer | 31,262.73 |
|       2006 Ford F350 | 38,217.00 |
|       2005 Ford F650 | 40,000.00 |
|     **Total Autos** | 374,359.36 |
|     **Office Equipment** | 21,782.06 |
|     **Equipment** | |
|       1993 Meade CC505 Forklift | 22,000.00 |
|       Garner Denver 450 CFM Compresso | 3,500.00 |
|       KR 806 D Drilling Rig | 103,075.00 |
|       Bobcat Excavator S/N 2343-16747 | 34,478.49 |
|       Terex Excavators | 339,050.00 |
|       Other Equipment | 56,070.84 |
|       Mcmillen Drill Motor | 1,193.50 |
|       2006 Komatsu Forklift | 11,366.25 |
|       I-R Compressor | 8,680.00 |
|       2004 John Deere 80C Excavator | 64,000.00 |
|       Takeuchi Excavator | 19,000.00 |
|       2006 Bobcat S130 | 22,500.00 |
|       2001 Portable Drill Rig | 53,908.50 |
|       Equipment - Other | 20,130.13 |
|     **Total Equipment** | 758,952.71 |
|   **Total Fixed Assets** | 1,155,094.13 |
|   **Other Assets** | |
|     Security Deposit | -150.00 |
|   **Total Other Assets** | -150.00 |
| **TOTAL ASSETS** | **2,401,949.24** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 1,461,086.65 |
|       **Total Accounts Payable** | 1,461,086.65 |

Case: 08-31873    Doc# 224    Filed: 02/05/10    Entered: 02/05/10 08:17:32    Page 20 of 21

# DEMEX Engineering Inc.
## Balance Sheet
### As of October 3, 2008

| | Oct 3, 08 |
|---|---|
| **Other Current Liabilities** | |
| 2008 Payroll Tax Unpaid | 144,666.85 |
| 2007 Payroll Tax Unpaid | 173,453.03 |
| **Equipment Loans** | |
| Puget Sound Leasing KR 806 Dril | 59,695.08 |
| Ingersoll Rand Bobcat Excavator | 22,164.24 |
| Terex Financial Services | 256,160.06 |
| Sunbridge 2006 Putzmeister#8187 | -2,197.73 |
| Sunbridge Taka Excavator #484 | 14,551.84 |
| Sunbridge JD Excavator #660 | 39,223.58 |
| Sunbridge Bobcat/F650 #126 | 38,887.86 |
| Pentech Loan Portable Drill | 11,626.51 |
| Equipment Loans - Other | -2,945.22 |
| **Total Equipment Loans** | 437,166.22 |
| **Auto Loans** | |
| 2007 Ford F150 (2357) | 17,626.57 |
| 2004 Ford F350 (2515) | 18,630.48 |
| 2007 Ford F150 (7846) | 28,271.26 |
| Ford 2006 LCF | 24,154.77 |
| Auto Loan 2004 F350-#9656 | 4,906.46 |
| Auto Loan F150 #5991 | 2,646.72 |
| Ford Loan #5725 | 14,442.96 |
| Ford Explorer Loan #7638 | 15,545.04 |
| Chase Auto Loan #5062 | 11,784.37 |
| 2005 Ford F350 Auto Loan - 5038 | 13,343.19 |
| **Total Auto Loans** | 151,351.82 |
| Wells Fargo Loan | 45,753.86 |
| Bank of America Visa | 19,693.28 |
| US Bank Visa | 12,349.59 |
| Payroll Suspense | 5,355.59 |
| **Total Other Current Liabilities** | 989,790.24 |
| **Total Current Liabilities** | 2,450,876.89 |
| **Total Liabilities** | 2,450,876.89 |
| **Equity** | |
| Prior Year Adjustment | -28,635.47 |
| Opening Bal Equity | 23,958.42 |
| Retained Earnings | -490,593.45 |
| Net Income | 446,342.85 |
| **Total Equity** | -48,927.65 |
| **TOTAL LIABILITIES & EQUITY** | **2,401,949.24** |

Case: 08-31873   Doc# 224   Filed: 02/05/10   Entered: 02/05/10 08:17:32   Page 21 of 21